IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 6:23-375 |
| | ) | 18 U.S.C. § 922(a)(6) |
| | ) | 18 U.S.C. § 924(a)(2) |
| vs. | ) | |
| | ) | |
| | ) | |
| **TYRONE LUCARCHIA JONES JR.** | ) | **SEALED INDICTMENT** |

### COUNT 1

THE GRAND JURY CHARGES:

That on about April 2, 2022, in the District of South Carolina, the defendant, **TYRONE LUCARCHIA JONES JR.**, in connection with his acquisition of two firearms, to wit, a Glock, Model 20, 10mm pistol and a Glock, Model 48, 9mm pistol, from South Carolina Gun Company LLC, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement intended and likely to deceive South Carolina Gun Company LLC as to a fact material to the lawfulness of the sale of the firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that he lived in South Carolina when he did not;

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

That on about May 6, 2022, in the District of South Carolina, the defendant, **TYRONE LUCARCHIA JONES JR.**, in connection with his acquisition of two firearms, to wit, a Taurus, Model 856, .38 caliber pistol and a Heritage Manufacturing Inc., Model BK221BHWBRNZ, .22 caliber pistol from Doc's Gun Exchange, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement intended and likely to deceive Doc's Gun Exchange as to a fact material to the lawfulness of the sale of the firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that he lived in South Carolina when he did not;

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A __TRUE__ __ BILL

FOREPERSON

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: _____
Justin W. Holloway (Fed. ID # 11684)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Tel.:   864-268-2100
Fax:   864-233-3158
Email: Justin.Holloway@usdoj.gov

2